SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL scottnjohnson@comcast.net

Attorney for Plaintiff Scott N. Johnson

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SCOTT N. JOHNSON<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>**Clark Auto Body Inc. et al,**<br><br>　　　　Defendants | ) Case No.**2:08-cv-02954-WBS-KJM**<br>)<br>) STIPULATION AND ~~PROPOSED~~ ORDER<br>) RE: EXTENSION OF TIME UNTIL<br>) MARCH 2, 2009 FOR DEFENDANTS<br>) CLARK AUTO BODY INC.; A.C.L.<br>) SCHREUDER TO RESPOND TO<br>) COMPLAINT<br>)<br>)<br>)<br>) |

　　　Pursuant to Local Rule 6-144 (a), Plaintiff Scott N. Johnson and Defendants, Clark Auto Body Inc.; A.C.L. Schreuder, by and through their respective attorneys of record, Scott N. Johnson; Robert Lorbeer, stipulate as follows:

STIPULATION AND PROPOSED ORDER RE: EXTENSION OF TIME - 1

1. No extension of time has been previously obtained.
2. Defendants Clark Auto Body Inc.; A.C.L. Schreuder are granted an extension until March 2, 2009 to respond or otherwise plead reference to Plaintiff's complaint.
3. Defendants' Clark Auto Body Inc.; A.C.L. Schreuder responses will be due no later than March 2, 2009.

IT IS SO STIPULATED effective as of February 6, 2009

Dated:   February 6, 2009          /s/Robert C. Lorbeer__
                                    Robert Lorbeer,
                                    Attorney for Defendants
                                    Clark Auto Body Inc.;
                                    A.C.L. Schreuder


Dated:   February 6, 2009          /s/Scott N. Johnson ____
                                    Scott N. Johnson,
                                    Attorney for Plaintiff

1    **IT IS SO ORDERED:** that Defendants Clark Auto Body Inc.; A.C.L. Schreuder shall have until March 2, 2009 to respond to complaint.

Dated: February 9, 2009

*[signature]*

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE