SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL scottnjohnson@comcast.net

Attorney for Plaintiff Scott N. Johnson

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT N. JOHNSON<br><br>Plaintiff,<br><br>vs.<br><br>Clark Auto Body, Inc., et al,<br><br><br>Defendants | Case No.: CIV.S 08-cv-02954-WBS-KJM<br><br>**PLAINTIFF'S REQUEST FOR DISMISSAL OF A.C.L. SCHREUDER AND** ~~Proposed~~ **ORDER**<br><br>Complaint Filed: DECEMBER 4, 2008<br><br>**CASE TO BE REMAINED OPEN WITH REMAINING DEFENDANT** |

**IT IS HEREBY REQUESTED** by Plaintiff, Scott N. Johnson, that Defendant (A.C.L. Schreuder) be and is hereby dismissed **WITHOUT PREJUDICE** pursuant to FRCP 41 (a)(2). This case is to be remained open with remaining Defendant. Defendant (A.C.L. Schreuder) is dismissed because this Defendant is not a proper part to this action.

Dated: February 9, 2009                                    /s/Scott N. Johnson_____
                                                           SCOTT N. JOHNSON
                                                           Attorney for Plaintiff

1
PLAINTIFF'S REQUEST FOR DISMISSAL and Proposed ORDER
                                    CIV: S-08-02954-WBS-KJM

1  **IT IS SO ORDERED**.

3  Dated: February 9, 2009

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

2

PLAINTIFF'S REQUEST FOR DISMISSAL and Proposed ORDER
CIV: S-08-02954-WBS-KJM